United States District Court
Southern District of Texas
**ENTERED**
October 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Ognjen Novakovic, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-19-2557 |
| | § | |
| William Barr, | § | |
| U.S. Attorney General, et al., | § | |
|    Respondents. | § | |

## Order of Adoption

On September 19, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (9) recommending that the court deny Ognjen Novakovic's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed October 21, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge